UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| RYAN LEE PIERCE, <br><br> Plaintiff, <br><br> v. <br><br> COMMISSIONER OF SOCIAL SECURITY, <br><br> Defendant. | Case No. 3:21-CV-05384-MAT <br><br> SECOND ORDER TO SHOW CAUSE FOR FAILURE TO FILE AN OPENING BRIEF |

The Court issued an Order on October 19, 2021, amending the briefing schedule and ordering Plaintiff to file an Opening Brief no later than November 19, 2021. (Dkt. 20.) To date, Plaintiff has not filed an Opening Brief or a motion to extend the amended filing deadline.

It is therefore ORDERED that Plaintiff SHOW CAUSE within **seven (7) days** of the date of this Order why the Court should not enter judgment dismissing this case for failure to comply with the Court's scheduling order**. Counsel for Plaintiff is further advised that failure to comply with this and other orders of the Court may result in sanctions**.

DATED 22nd day of November, 2021.

MARY ALICE THEILER
United States Magistrate Judge

SECOND ORDER TO SHOW CAUSE
FOR FAILURE TO FILE AN OPENING
BRIEF - 1