UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| RYAN LEE PIERCE,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　　　Defendant. | Case No. 3:21-CV-05384-MAT<br><br>ORDER TO SHOW CAUSE FOR FAILURE TO PAY COURT-ORDERED SANCTIONS |

The Court issued a Sanctions Order on December 1, 2021, assessing sanctions against Plaintiff's counsel, Charles Tablot, for failing to comply with this Court's orders and the local rules. Dkt. 23. Pursuant to the Sanctions Order, Mr. Talbot was ordered to pay $100 in sanctions to the Clerk of Court no later than December 15, 2021, and to docket the receipt to reflect payment. To date, Mr. Talbot has neither paid the court-ordered sanctions nor docketed the receipt to reflect payment.

It is therefore ORDERED that Mr. Talbot SHOW CAUSE **within five (5) days** of the date of this Order, **on or before December 22, 2021**, why the Court should not hold Mr. Talbot in contempt for his failure to comply with the Court's Sanctions Order. **Mr. Talbot is further advised that continued failure to comply with the Court's Sanctions Order and other orders**

ORDER TO SHOW CAUSE FOR
FAILURE TO PAY COURT-ORDERED
SANCTIONS - 1

**of the Court may result in further sanctions, including daily penalties for late-payment of the court-ordered sanctions.**

DATED 17th day of December, 2021.

_____
MARY ALICE THEILER
United States Magistrate Judge

ORDER TO SHOW CAUSE FOR
FAILURE TO PAY COURT-ORDERED
SANCTIONS - 2